Daniel TINSLEY, Plaintiff—Appellant,

v.

CORRECTIONS CORPORATION OF AMERICA; Mr. Mayo, Lieutenant; Mr. Hicks, Nurse; Mr. Bishop, Lieutenant, Defendants—Appellees.

No. 07–7495.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 28, 2008.

Daniel Tinsley, Appellant Pro Se.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Tinsley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Tinsley v. Corrections Corp. of America,* No. 2:07–cv–00382–RBS (E.D.Va., Aug. 23,

2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*